# IN THE SUPREME COURT OF THE STATE OF NEVADA

LARISA MEREORA, AN INDIVIDUAL;
THOMAS MULKINS, AN INDIVIDUAL;
NINA GROZAV, AN INDIVIDUAL; ION
NEAGU, AN INDIVIDUAL; ALISA
NEAUGU, AN INDIVIDUAL; MARIA
REYNOLDS, AN INDIVIDUAL; NNG
LLC, A NEVADA LIMITED LIABILITY
COMPANY, D/B/A UNIVERSAL
MOTORCARS; AND UNIVERSAL
MOTORCAR LLC, A NEVADA LIMITED
LIABILITY COMPANY, D/B/A
UNIVERSAL MOTORCARS,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
NADIA KRALL, DISTRICT JUDGE,
Respondents,
and
SLC LLC, A NEVADA LIMITED
LIABILITY COMPANY,
Real Party in Interest.

No. 84967

FILED

SEP 15 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus or prohibition challenges district court orders denying motions to dismiss and for summary judgment. Having considered the petition and its documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing

22-28926

that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Generally, we will not consider writ petitions challenging orders denying summary judgment or motions to dismiss, and we are not persuaded that any exception to the general rules applies here. *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197-98, 179 P.3d 556, 558-59 (2008) (discussing writ petitions challenging denials of motions to dismiss); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (discussing writ petitions challenging denials of summary judgment); *see also Walker v. Second Judicial Dist. Court*, 136 Nev. 678, 684, 476 P.3d 1194, 1199 (2020) (declining to provide writ relief when the underlying issue involved factual disputes). Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Parraguirre

_____, J.
Cadish

_____, Sr.J.
Gibbons

cc: Hon. Nadia Krall, District Judge
Hofland & Tomsheck
Enenstein Pham & Glass/Las Vegas
Eighth District Court Clerk

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.